**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF MARY AGNES LEWIS A/K/A MARY A. LEWIS, DECEASED | : No. 244 WAL 2018 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| PETITION OF: RICHARD T. LEWIS | : |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.